IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HEAVENLY VALLEY, LP, et al.,

    Plaintiffs,                              CIV. NO. S-09-1533 FCD GGH

    vs.

LAKE TAHOE DEVELOPMENT COMPANY, LLC,

    Defendant.                         ORDER

_____/

        Plaintiffs' motion for default judgment presently is calendared for hearing on May 20, 2010. Having reviewed the record, the court has determined that oral argument would not be of material assistance in determining the pending motion. Accordingly, the court will not entertain oral argument, and will determine the motion on the record, including the briefing in support of and in opposition to the pending motion. See E.D. Cal. L.R. 78-230(h).

        Accordingly, IT IS ORDERED that:

        1. The May 20, 2010 hearing on the motion for default judgment, filed April 15, 2010, is vacated; and

        2. The motion is submitted on the record.

DATED: May 17, 2010                         /s/ Gregory G. Hollows

                                                           GREGORY G. HOLLOWS
                                                           U. S. MAGISTRATE JUDGE

GGH:076:Heavenly1533.vac.wpd

1