IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HEAVENLY VALLEY, LP, et al.,

    Plaintiff,                             CIV-S-09-1533 FCD GGH

    vs.

LAKE TAHOE DEVELOPMENT COMPANY, LLC,

    Defendant.                            ORDER

_____/

On July 23, 2010, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. No objections were filed.

Accordingly, the court presumes any findings of fact are correct. See Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).

The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the Findings and Recommendations in full.

\\\\\

1

Accordingly, IT IS ORDERED that:

1. The Findings and Recommendations filed July 23, 2010, are ADOPTED;

2. Plaintiffs' motion for default judgment, filed April 15, 2010( docket #19) is GRANTED; and

3. Injunctive relief is granted as specified in plaintiff's proposed judgment which is approved as to form and substance.

DATED: August 26, 2010.

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE