John E. Fagan (SBN107974)
Jill Haley Penwarden (SBN 178561)
Michael Reitzell (SBN 215272)
**DUANE MORRIS LLP**
11149 Brockway Road, Suite 100
Truckee, CA 96161-2213
Telephone: 530.550.2050
Facsimile: 530.550.8619

Attorneys for Plaintiffs
HEAVENLY VALLEY, LP and
ROCKRESORTS INTERNATIONAL LLC

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| HEAVENLY VALLEY, LP and ROCKRESORTS INTERNATIONAL LLC, <br><br> Plaintiffs, <br><br> v. <br><br> LAKE TAHOE DEVELOPMENT COMPANY, LLC, <br><br> Defendant. | Case No. 2:09-CV-01533-FCD-GGH <br><br> **DEFAULT JUDGMENT AND PERMANENT INJUNCTION** <br><br> Date: May 20, 2010 <br> Time: 10:00 a.m. <br> Courtroom: 9 <br> Judge: Hon. Gregory G. Hollows |
|---|---|

1	THIS MATTER comes before the Court on the Motion for Default Judgment submitted
2	by Plaintiffs Heavenly Valley, LP ("HVLP") and RockResorts, International, LLC
3	("RockResorts"), pursuant to Fed. R. Civ. P. 55(b).  The Court, having reviewed Plaintiff's
4	Motion, the accompanying Memorandum of Points and Authorities, and the file on this matter,
5	hereby **FINDS:**
6	    1.    Jurisdiction of the subject matter of this action is based on 28 U.S.C. § 1331,
7	15 U.S.C. § 1125, and 28 U.S.C. § 1367.
8	    2.    Plaintiffs are entitled to Judgment  in their favor against Lake Tahoe Development
9	Co. ("LTD") on Plaintiffs' second, fourth and fifth claims for relief.
10	    3.    The United States Bankruptcy Court for the Eastern District of California has
11	granted Plaintiffs relief from the automatic stay to pursue injunctive relief for trademark
12	infringement by LTD.  *See* Mar. 19, 2010 Civil Minute Order, *In re Take Tahoe Devel. Co.,*
13	*LLC*, Case No. 09-41579-B-11 (Bankr. E.D. Cal.).
14	    3.    **IT IS ORDERED** that:
15	    A.    Defendant and its officers, directors, employees, representatives, agents,
16	successors-in-interest, parent corporations, subsidiary corporations, affiliated companies, and all
17	other persons, firms or entities acting in concert or participating with them, directly or indirectly,
18	who receive actual notice of this judgment are hereby permanently enjoined, directly or
19	indirectly, from:
20	        1.    All further use of the "The Chateau at Heavenly Village" name, the
21	internet domain name *www.chateauheavenlyvillage.com*, and any other designation confusingly
22	similar to the HEAVENLY Trademarks, including without limitation, any word or combination
23	of words including the term "Heavenly";
24	        2.    Using any of the HEAVENLY Trademarks as part of a brand name for its
25	products or services or as an internet domain name, in whole or in part, including without
26	limitation the "The Chateau at Heavenly Village" name and the internet domain name
27	*www.chateauheavenlyvillage.com*; or
28

      3.     Using or reproducing any copy or colorable imitation of the HEAVENLY Trademarks, and further directing that Defendant destroy all materials bearing or using any copy or colorable imitation of the HEAVENLY Trademarks, including without limitation the "The Chateau at Heavenly Village" name and the internet domain name *www.chateauheavenlyvillage.com*.

    B.    Defendant and its officers, directors, employees, representatives, agents, successors-in-interest, parent corporations, subsidiary corporations, affiliated companies, and all other persons, firms or entities acting in concert or participating with them, directly or indirectly, who receive actual notice of this judgment are hereby ordered to relinquish all rights, title, and interest, in the *www.chateauatheavenlyvillage.com* domain name, and any domain name which is confusingly similar to the HEAVENLY Trademarks and which are under their control, and to transfer all such domain names to HVLP. To facilitate this transfer, it is further ordered that the registrar of those domain names change the registrar of record to a registrar of HVLP's choosing. It is further ordered that the new registrar of record change the registrant to HVLP or its authorized representative.

    C.    Defendant and its officers, directors, employees, representatives, agents, successors-in-interest, parent corporations, subsidiary corporations, affiliated companies, and all other persons, firms or entities acting in concert or participating with them, directly or indirectly, are hereby permanently enjoined, directly or indirectly, who receive actual notice of this judgment, from:

    1.    Registering, trafficking in or using any domain name that is identical or confusingly similar to the HEAVENLY Trademarks; and

    2.    Assisting, aiding or abetting any other person or business entity in engaging in or performing any of the activities referred to in paragraph C.1 above.

IT IS SO ORDERED this 2nd day of March, 2011.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE